UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| MARTIN SEBASTIAN MARCOS,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:26-cv-00505-JRO-MKK |

**ORDER**

On August 21, 2026, Petitioner Martin Sebastian Marcos by counsel filed a Notice of Voluntary of Dismissal, dkt. 13, pursuant to Fed. R. Civ. P. 41(a)(2). Petitioner has been granted voluntarily departure by an immigration court that has issued a final order for which Petitioner has waived appeal. Dkt. 12. This action is now moot. Accordingly, the Court **GRANTS** Petitioner's voluntary dismissal.

**SO ORDERED.**

Date: 8/24/2026

Justin R. Olson
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel.